**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1840**

MICHAEL G. WOLFF,

Trustee - Appellant,

v.

GARRETT KATZ; GABRIELLE KATZ; GREGORY KATZ,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, Senior District Judge. (1:16-cv-04035-JFM)

Submitted: December 27, 2017                     Decided: January 10, 2018

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jeffrey M. Orenstein, WOLFF & ORENSTEIN, LLC, Rockville, Maryland, for Appellant. Stephen A. Metz, OFFIT KURMAN, P.A., Bethesda, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael G. Wolff, the trustee in the underlying bankruptcy proceeding, appeals the district court's order affirming the bankruptcy court's order dismissing his complaint under 11 U.S.C. §§ 548, 550 (2012) as time-barred. We have reviewed the record included on appeal as well as the parties' briefs, and we find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wolff v. Katz*, No. 1:16-cv-04035-JFM (D. Md. June 14, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*